

FILED
2008 JUN -3 AM 8:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

General Complaint Form for Pro Se Litigants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

<u>**THOMAS CHARLES KILBRIDE**</u>

CV-08-HS-0962-M

(Enter above the full names(s) of the
plaintiff(s) in this action.)

vs.

<u>**THE UNITED STATES GOVERNMENT**</u>

<u>**(See Attached Continuation Sheet)**</u>

(Enter above the full name(s) of the
defendant(s) in this action.)

1. At all times hereinafter mentioned, plaintiff was and still is a resident of _____

   _____**ALABAMA**_____. Plaintiff resides at

   **5848 3rd Street, Gadsden, AL 35903-4801**_____.

2. Defendant _____**N/A**_____ is a corporation

   incorporated under the laws of **N/A**_____ and has a main

   office at _____**N/A**_____ and is licensed to do business

   in _____**N/A**_____. Defendant's official business address

   is _____.

## Continuation Sheet: Statement of Claim (Page One)
## General Complaint Form for Pro Se Litigant
## (Thomas Charles Kilbride)

1. Commissioner
   United States Treasury Department
   (Internal Revenue Service)
   Washington, D.C. 20224

2. Director
   National Finance Center
   P.O. Box 61500
   New Orleans, LA 70161-1500

3. Mr. Jack Leader (#72-19163)
   Taxpayer Advocate Service
   801 Tom Martin Drive
   (Room 151)
   Birmingham, AL 35211

4. Mr. David P. Rogers
   (Federal Trustee)
   United States (Chapter 13) Bankruptcy Court
   Northern District, Southern Division
   1800 5th Avenue
   Birmingham, AL 35203

5. Mr. D. Sims Crawford
   (Federal Attorney)
   Judge -(quid pro quo)
   P.O. Box 371008
   Birmingham, AL 35237-1008

6. The Honorable Thomas B. Bennett
   (Federal Confirmation Judge)
   United States (Chapter 13) Bankruptcy Court
   Northern District, Southern Division
   1800 5th Avenue
   Birmingham, AL 35203

(1A)

7.  Mr. Harry W. Heid
    (Federal Trustee)
    P.O. Box 671
    San Diego, CA 92112

8.  Mr. Dennis Parizek (#29-61699)
    United States Treasury Department
    Internal Revenue Service
    1973 North Rulon White Blvd;
    Ogden, UT 84404-0040

9.  Congressman Steve Chabot
    (Constitutional Law Sub-Committee)
    Ford House Office Bldg.
    300 "D" Street SW
    Washington, D.C. 20515

10. Congressman Joel Hefley
    (House Standards of Official Conduct Committee)
    2327 Rayburn House Office Bldg.
    Independence Avenue, South Capital Sts. SW
    Washington, D.C. 20515

11. Senator Richard Shelby
    110 Hart Senate Office Bldg.
    Washington, D.C. 20510-0103

12. Congressman Robert B. Aderholt
    Longworth House Office Building
    Independence and New Jersey Avenues, SE
    Washington, D.C. 20515

13. Attorney General Troy King
    11 South Union Street
    Montgomery, AL 36130

(1A)

14. California Franchise Tax Board
    P.O. Box 942867
    Sacramento, CA 94267-2021

15. Mr. H. Scott Harwell
    Harwell Law Firm
    6930 Cahaba Valley Road
    Suite 200
    Hoover, AL 35242

16. Ms. Carla Handy
    (Bankruptcy Attorney)
    c/o McCord and Martin Law Firm
    756 Chestnut Street
    Gadsden, AL 35903

17. Mr. Leon Garmon
    (Attorney at Law)
    945 Forrest Avenue
    Gadsden, AL 35901

18. Adam Morel, Esquire
    (Attorney at Law)
    2300 10th Court South
    Birmingham, AL 35205

19. The American Center for Law and Justice
    Mr. Jay Sekulow (Chief Counsel)
    P.O. Box 90555
    Washington, D.C. 20090-0555

20. Judicial Watch Inc.
    Mr. Paul Orfanedes (Director of Litigation)
    P.O. Box 44444
    Washington, D.C. 20026

(1A)

21. Ms. Alberta Hayes
    c/o Judicial Watch Inc.
    P.O. Box 44444
    Washington, D.C. 20026

22. Midland Credit Management Inc.
    (Collection Agency)
    Department 8870
    Los Angeles, CA 90084-8870

23. Zarzaur and Schwartz, P.C.
    Attorneys at Law
    P.O. Box 11366
    Birmingham, AL 35203

24. The Honorable Karon Owen Bowdre
    Federal District Judge
    United States District Court
    Birmingham, AL 35203

**OR**

Defendant **UNITED STATES TREASURY DEPARTMENT (IRS)**

is a United States government agency.

**OR**

Defendant **DIRECTOR, FRANCHISE TAX BOARD, P.O. Box 9428, Sacramento, CA 94267-2021**

is a state agency.

**OR**

Defendant **H. SCOTT HARWELL LAW FIRM** is a resident of _____. Defendant resides at **Cahuba Valley Crossings Building, 6930 Cahuba Valley Road, Suite 202, Hoover, AL 35342**.

3. The jurisdiction of this court is invoked pursuant to **Statute(s) United States Constitution, (Bill of Rights) Articles (I) and (V)**. (List statutes.)

4. Statement of Claim

State here, as briefly as possible the **FACTS** of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

**I (Thomas Charles Kilbride) do hereby solemnly and respectively pray this United States Federal Court to objectively (edict) that I be duly sanctioned to give direct sworn testimony: "thereby articulating a personally scripted discerning evidentiary "allocution"; while thereafter at the direction of the court to submit and profess openly; certified latent letters of justiciable inquiries of**

2

which were originally dispatched to specifically (named in this complaint) reticent defendant(s); of whom are so listed upon (continuation sheets) here-in officially summoning them to juridically appear in response to a processed Federal complaint; without the expectation of the court using stumbling block legalese, as in a ploy of interdicting (conjectura interdicere) conjecture by our Federal legal system; thereby selectively dissuading any accusatorial

5. Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

Thusly in accordance within the alleged findings-of-fact adjudicated in the aforementioned Federal Complaint; whereupon I (Thomas Charles Kilbride) do hereby seek recourse and aegis from any possible forthcoming unquestioned prosecutorial retribution by any agency of (or associated with) The United States Government; and/or any party or parties acting in behest of all summoned defendant(s) so named in this complaint; while praying the court

| | |
|---|---|
| 3 JuN 08 | *Thomas C. Kilbride* (signature) |
| Date | Signature of Plaintiff |
| 1-(256) 494-9364 | Thomas C. Kilbride |
| Telephone Number | Name (Please Print) |
| N/A | 5848 3rd Street |
| FAX Number (If Available) | Street Address |
| | Gadsden, AL 35903-4801 |
| | City, State       Zip Code |

3

# Continuation Sheet: (Page Three)
# General Complaint Form for Pro Se Litigant;
# (Thomas Charles Kilbride)

4. Statement of Claim

     State here, as briefly as possible the facts of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary . . . .

**government unquestioned folly; of which has been formally submitted to be adjudicated in a Federal (open) courtroom hearing; with an assigning docket to be pre-determined by said assigned court . . . .**

(3A)

## Continuation Sheet: Relief (Page Three)
## General Complaint Form for Pro Se Litigant;
## (Thomas Charles Kilbride)

5. Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

**to adjudicate recompense for emotional and financial pain and suffering endured from the very on-set of my retirement on (21 January 2003) after thirty-eight years of honorable federal service to this nation . . . .**

**In summation: I (Thomas Charles Kilbride) do hereby motion the court to sustain the submission into testimony; subsequent questioning Talking Points and Petitions of Alleged Judicable Interest to the Court; and of which have a (direct) bearing to this case!!**

(3B)

**NOTE:** Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

### OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

_____
Signature of Plaintiff

Dated: 3 JUN 08

7/14/06

4